
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLANDON GARCIA,

                Plaintiff,

– against –

VED PARKASH and PARKASH 2185 LLC,

                Defendant.

**ORDER**

23-cv-5596 (ER)

Ramos, D.J.:

On June 29, 2023 Blandon Garcia brought this action against Ved Parkash and Parkash 2185 LLC for violations of the Fair Labor Standards Act ("FLSA"). Doc. 1. On July 7, 2023, the Court issued a Mediation Referral Order directing that (1) within four weeks of the Order, the parties exchange documents concerning Garcia's job duties and responsibilities, wages paid, and hours worked; and (2) the mediation be scheduled within sixty days of the Order. Doc. 10. On August 18, 2023, Garcia wrote to the Court to report that the parties have been unable to schedule the mediation and that Defendants have not provided the documents outlined in the Order. Doc. 12. The Court directed Defendants to respond to Garcia's letter by August 25, 2023. Doc. 13. As of the date of this Order, Defendants have not done so.

Accordingly, **an initial pre-trial conference is scheduled for September 14, 2023 at 10:00 a.m.** via telephone conference.  The parties are directed to call the Court at (877) 411-9748 and use access code 3029857# when prompted.

SO ORDERED.

Dated: August 29, 2023
       New York, New York

_____
Edgardo Ramos, U.S.D.J.