UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCTAVIO BLANDON GARCIA,

                Plaintiff,

– against –

PARKASH 2185 LLC AND VED PARKASH,

                Defendants.

**ORDER**

23-cv-5596 (ER)

Ramos, D.J.:

    A mediation conference was held in this case on March 5, 2024. The parties are directed to submit a joint status update regarding the results of the mediation conference by Tuesday, April 30, 2024.

    It is SO ORDERED.

Dated:    April 26, 2024
             New York, New York

                                                                                   EDGARDO RAMOS, U.S.D.J.