UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**OCTAVIO BLANDON GARCIA,**

                 **Plaintiff,**

  -against-

**PARKASH 2185 LLC and VED PARKASH,**

                 **Defendants.**
-------------------------------------------------------------------X

Case No. 23 Civ. 5596 (ER)

JUDGMENT

On May 7, 2024, Plaintiff Octavio Blandon Garcia filed a notice of acceptance pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Now, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, Octavio Blandon Garcia, has a judgment against Defendants Parkash 2185 LLC and Ved Parkash (collectively "Defendants"), jointly and severally, in the amount of One Hundred Fifty-Seven Thousand Five Hundred Dollars and Zero Cents ($157,500.00) which is inclusive of interest, attorneys' fees and costs.

Dated: _____May 8_____, 2024

                                                SO ORDERED

                                                _____
                                                Edgardo Ramos
                                                United States District Judge